NEWTON INSERT COMPANY, Transferor, and Tridair Industries, Transferee, Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 74–2501.

United States Court of Appeals, Ninth Circuit.

Dec. 21, 1976.

Thomas R. Sheppard (argued), of Sheppard, Mullin, Richter & Hampton, Los Angeles, Cal., for petitioners-appellants.

Donald H. Olson, Atty. (argued), Tax Division, U. S. Dept. of Justice, Washington, D. C., for respondent-appellee.

Before DUNIWAY, CARTER and ANDERSON, Circuit Judges.

PER CURIAM:

This is an appeal from a decision of the Tax Court, reported at 61 T.C. 570 (1974). For the reasons stated by the Tax Court in its opinion, we affirm.

Affirmed.